<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1027**

———————

PIETER M. VAN DER SPUY,

Plaintiff - Appellee,

versus

FRED W. RAUSCH, JR.,

Defendant - Appellant,

and

DEERFIELD HOLDING COMPANY, INCORPORATED; CECIL
P. JONES; DEBORAH L. GARDNER,

Defendants.

———————

**No. 98-1182**

———————

PIETER M. VAN DER SPUY,

Plaintiff - Appellee,

versus

FRED W. RAUSCH, JR.,

Defendant - Appellant,

and

DEERFIELD HOLDING COMPANY, INCORPORATED; CECIL
P. JONES; DEBORAH L. GARDNER,

Defendants.

_____

Appeals from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-96-1233-2)

_____

Submitted: July 22, 1998          Decided: August 12, 1998

_____

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Fred W. Rausch, Jr., Appellant Pro Se. Stephen Gerard Test,
Michelle Ann Hughes, CLARK & STANT, P.C., Virginia Beach, Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Rausch appeals the district court's order entering a judgment against him and in favor of the Appellee for federal common law fraud, Virginia common law fraud, federal mail fraud, and breach of contract. We find that the district court had subject matter jurisdiction. <u>See</u> 28 U.S.C. § 1331 (1994). Further, we have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm. Furthermore, we grant Rausch's motion to file a supplemental reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3